# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JORDAN BLEVINS, | Case No. 20-CV-1194 (NEB/KMM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| PAUL SCHNELL and WILLIAM BOLIN, | |
| Defendants. | |

The Court has received the September 15, 2021 Report and Recommendation of United States Magistrate Judge Katherine Menendez. (ECF No. 34.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 34) is ACCEPTED;
2. Defendants' Motion to Dismiss (ECF No. 28) is GRANTED; and
3. The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 2, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge